**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Shelby Division**

Case No. 11–40063
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

Caroline Jean Edwards
    aka Carolina J. Edwards, aka Caroline Edwards
991 Duncan Road
Rutherfordton, NC 28139
Social Security No.: xxx–xx–0710

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above–referenced debtor(s) did not include the following items:

Form B21 (Statement of SSN)

**FURTHER NOTICE IS GIVEN** that if the above–referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Bankruptcy Code and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court without further notice or opportunity for hearing.

Dated: February 14, 2011                                        Steven T. Salata
                                                               Clerk of Court

Electronically filed and signed (2/14/11)